**Michael IOANE, Petitioner–Appellant,**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent–Appellee.**

No. 09–70708.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 4, 2011.

Michael S. Ioane, Carson City, NV, pro se.

John A. Dicicco, Acting Assistant Attorney General, Teresa T. Milton, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, DOJ–U.S. Department of Justice, Robert R. Di Trolio, Esquire, Clerk, U.S. Tax Court, Washington, DC, for Respondent–Appellee.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Michael Ioane appeals pro se from the tax court's order dismissing his petition contesting the Commissioner of Internal Revenue's Notice of Determination concerning income tax liabilities for tax years 1998 through 2002. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We review de novo. *Suter v. Goedert*, 504 F.3d 982, 985 (9th Cir.2007). We affirm.

The tax court properly dismissed Ioane's petition on the ground of mootness, because there was " 'no effective relief remaining for [the] court to provide' " after the Internal Revenue Service rescinded the notice of intent to levy and withdrew the tax liens. *Id.* at 986 (citation omitted).

Ioane's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.